In the Matter of GREATER JAMAICA DEVELOPMENT CORPORATION et al., Respondents, v NEW YORK CITY TAX COMMISSION et al., Appellants.

Submitted April 27, 2015; decided May 7, 2015

Motion by Lawyers Alliance for New York et al. for leave to appear amici curiae on the appeal herein granted only to the extent that the proposed brief is accepted as filed. Three copies of the brief must be served and an original and nine copies filed within seven days.

SHIRLEY HE, Appellant, v REALTY USA et al., Defendants, and ROMAN BRUSILOVSKY et al., Respondents.

Submitted March 2, 2015; decided May 7, 2015

Motion, insofar as it seeks leave to appeal as against Roman Brusilovsky and Inna Negelyov, dismissed upon the ground that as to those parties the order sought to be appealed from does not finally determine the action within the meaning of the Constitution; motion for leave to appeal etc. otherwise denied.

Judge STEIN taking no part.

DOUGLAS E. KAMPFER, Appellant, v JACOB DACORSI et al., Respondents.

Submitted April 6, 2015; decided May 7, 2015

Motion for leave to appeal denied. Motion for poor person relief dismissed as academic. Motion for a stay dismissed as academic.